## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 221 MAL 2020

       Respondent            :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

           v.                      :

                                   :

AMATUL ALMUTAKAB SHARIF,            :

                                   :

       Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 13th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.